```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/24/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  UNITED STATES OF AMERICA,                                    :
                                                               :
            -against-                                          :      21-CR-00585 (VEC)
                                                               :
                                                               :            ORDER
  JEREMY LAMBERT,                                              :
                                  Defendant.                   :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 23, 2021, the parties requested an arraignment be scheduled in this matter;

IT IS HEREBY ORDERED that an arraignment is scheduled for **Wednesday, September 29, 2021, at 3:30 P.M.**  The Court will conduct this arraignment in-person in **Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY**.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact Chambers promptly if you or your client does not meet the requirements.

IT IS FURTHER ORDERED that interested members of the public may dial-in to the conference using (888) 363-4749 // Access Code: 3121171# // Security Code: 0585#.

**SO ORDERED.**

Date:  September 24, 2021
       New York, NY

                                                                _____
                                                                **VALERIE CAPRONI**
                                                                **United States District Judge**