UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JEREMY LAMBERT,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021___

21 Cr. 585 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The bail reconsideration hearing scheduled for November 4, 2021, before the Honorable Valerie E. Caproni is ADJOURNED.  The bail reconsideration hearing will proceed before the Honorable Analisa Torres on **November 8, 2021**, at **12:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

       https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

       All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, and masks with valves are not permitted.

       SO ORDERED.

Dated: November 3, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge