**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/21

December 20, 2021

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
New York, New York 10007

**Re: *United States v. Jeremy Lambert*, 21-Cr-585 (VEC)**

Dear Judge Caproni:

    I am writing to request an adjournment of Mr. Lambert's motion schedule. As it stands, the defense's motions are due December 22, 2021. I have consulted with the prosecution and they consent to the adjournment request.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Marisa K. Cabrera*

Marisa K. Cabrera
Attorney for Jeremy Lambert

cc: AUSA Matthew Shahabian

---

Application GRANTED. The deadline for pretrial motions is hereby ADJOURNED from December 22, 2021 to **January 5, 2022**. The Government's response is due not later than **February 2, 2022**. Defendant's reply is due not later than **February 16, 2022**.

The status conference currently scheduled for February 7, 2022, at 2:30 p.m. is hereby ADJOURNED until **February 23, 2022, at 2:30 p.m.**

SO ORDERED.

*[signature]* 12/20/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE