```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                -against-                                      :
                                                               :
                                                               :
JEREMY LAMBERT,                                                :
                                        Defendant.             :
                                                               :
-------------------------------------------------------------- X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: __4/12/22__ |

21-CR-00585 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 12, 2022, the Court held an evidentiary hearing on Mr. Lambert's motion to suppress;

IT IS HEREBY ORDERED that Defendant must submit supplemental briefing not later than **Friday, May 13, 2022**. The Government must respond not later than **May 27, 2022**. Defendant must file his reply not later than **June 10, 2022**.

**SO ORDERED.**

**Date: April 12, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**