USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                                  21-CR-00585 (VEC)

                                                         ORDER

    JEREMY LAMBERT,
                              Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 20, 2022, the parties appeared for a change-of-plea hearing before Judge Figueredo and Mr. Lambert pled guilty;

      WHEREAS the parties were previously ordered to appear for a Final Pre-Trial Conference on October 3, 2022, Dkt. 42;

      WHEREAS the trial in this case was scheduled to commence on October 11, 2022, *id.*;

      IT IS HEREBY ORDERED that the Final Pre-Trial Conference, the trial, and any accompanying deadlines are CANCELLED.

      IT IS FURTHER ORDERED that Mr. Lambert will be sentenced on **Tuesday, January 10, 2023, at 11:00 A.M.** Pre-sentencing submissions are due not later than December 27, 2022. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date: September 21, 2022**
**       New York, NY**
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**