USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
                                 -against-        :        21-CR-00585 (VEC)
:
:        ORDER
JEREMY LAMBERT,                                                   :
                                     Defendant.   :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 20, 2022, the parties appeared for a change-of-plea hearing before Judge Figueredo; and

      WHEREAS Mr. Lambert entered a plea of guilty to Counts 1 and 2 of the Indictment;

      IT IS HEREBY ORDERED that, after considering the facts as allocuted by the Defendant, the Court finds that there was an adequate factual basis for Mr. Lambert's guilty plea to Counts 1 and 2.  The Court further finds that Mr. Lambert understood the rights he was giving up and waived those rights knowingly and voluntarily.  The Court finds that Mr. Lambert understood the consequences of his plea, including the potential sentences that may be imposed.  Because the Court finds that the Defendant's guilty plea to Counts 1 and 2 was entered knowingly and voluntarily and was supported by an independent factual basis for each and every element of the crimes charged, the Court now accepts his guilty plea.

**SO ORDERED.**

Date:  September 30, 2022
       New York, NY

                                                                   **VALERIE CAPRONI**
                                                                  **United States District Judge**