USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
          -against-                                      :    21-CR-00585 (VEC)
                                                                     :
                                                                     :         ORDER
JEREMY LAMBERT,                                                      :
                                Defendant.                :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Lambert's sentencing is currently scheduled for Friday, March 31, 2023 at 2:30 P.M.; and

       WHEREAS that time is no longer convenient for the Court;

       IT IS HEREBY ORDERED that Mr. Lambert's sentencing is adjourned until **Wednesday, April 5, 2023 at 2:30 P.M.**

**SO ORDERED.**

**Date: March 8, 2023**
**New York, NY**

                                         **VALERIE CAPRONI**
                                         **United States District Judge**