USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
          -against-                              :    21-CR-00585 (VEC)
:
:    ORDER
:
JEREMY LAMBERT,                                                   :
                        Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Lambert's sentencing is currently scheduled for Wednesday, April 5, 2023 at 2:30 P.M..; and

       WHEREAS that time is no longer convenient for the Court;

       IT IS HEREBY ORDERED that Mr. Lambert's sentencing is adjourned until **Friday, April 7, 2023 at 2:30 P.M.**

**SO ORDERED.**

**Date:** April 3, 2023
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**