USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
-against-                           :        21-CR-00585 (VEC)
:
:                ORDER
:
JEREMY LAMBERT,                                     :
                            Defendant.              :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Mr. Lambert's sentencing is scheduled for Friday, April 7, 2023 at 2:30 P.M.; and

      WHEREAS the parties' pre-sentencing submissions reference Judge Paul Oetken's Opinion and Order finding that Yushane Campbell, who engaged in a shootout with Mr. Lambert, could not claim self-defense because he was the "initial aggressor" in the shootout, *see* Gov't Submission, Dkt. 49, at 2 n.2, 6; Def. Submission, Dkt. 56, at 1 n.1, 7–8, 10;

      IT IS HEREBY ORDERED that not later than **Thursday, April 6, 2023**, the parties must submit a joint letter indicating the extent to which either side contests the recitation of facts in Judge Oetken's decision.

**SO ORDERED.**

**Date: April 4, 2023**
      **New York, NY**                                 **VALERIE CAPRONI**
                                                            **United States District Judge**