USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA         :
                                                        :
           -against-                    :                    21-CR-585 (VEC)
                                                        :
   JEREMY LAMBERT,                      :                    ORDER
                                                        :
                      Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 7, 2023, Jeremy Lambert ("Defendant") was sentenced principally to a term of imprisonment of 48 months, *see* Judgment, Dkt. 62;

      WHEREAS on January 19, 2024, Defendant filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the U.S. Sentencing Guidelines ("Amendment 821"), *see* Mot., Dkt. 65, which went into effect on November 1, 2023, and which applies retroactively; *see* U.S.S.G. §§ 1B1.10, 4A1.1(e), 4C1.1;

      WHEREAS on February 9, 2024, the United States Probation Department reported that Defendant is not eligible for a sentence reduction because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence — precluding him from the status points reduction — nor did he have zero criminal history points — precluding him from the zero-point offender reduction, *see* Probation Report, Dkt. 66; and

      WHEREAS the Court has considered the record in this case;

      IT IS HEREBY ORDERED that Defendant is ineligible for a sentence reduction pursuant to Amendment 821 because neither the status points reduction nor the zero-point offender reduction applies to him. Defendant's motion is therefore DENIED.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at Dkt. 65, to mail a copy of this Order to Mr. Lambert, and to note the mailing on the docket.

**SO ORDERED.**

**Dated: February 9, 2024**
    **New York, NY**

                                                                                      _____
                                                                                      **VALERIE CAPRONI**
                                                                                      **United States District Judge**