# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2024

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2024

**Re:    United States v. Jeremy Lambert**
**       21 Cr. 585 (VEC)**

MEMO ENDORSED

Dear Judge Caproni:

I am writing on behalf of Mr. Jeremy Lambert with respect to his compassionate release motion, filed July 31, 2024. Since the filing of the original motion, Mr. Lambert has been released from custody into an RRC and asked that I withdraw his motion for compassionate release without prejudice. The defense has been in contact with the prosecution regarding this motion to withdrawal and has informed AUSA Matthew Shahabian of our intention to file the instant motion.

Respectfully Submitted,

Marisa K. Cabrera
Assistant Federal Defenders
Tel.: (917) 890-7612

cc:    AUSA Matthew Shahabian

---

Application GRANTED. Given Defendant's withdrawal request, his motion for compassionate release is DENIED without prejudice.

The Clerk of Court is respectfully directed to terminate the open motion at Dkts. 69 and 75.

SO ORDERED.

*[signature]*          9/10/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE